UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTIAN BRINK,                                    CASE NO. CV F 12-8251 LJO GSA

                    Plaintiff,                      **ORDER AFTER SETTLEMENT**

            vs.

AMERASSIST AR SOLUTIONS,
INC.,

                    Defendant.
_____/

        Plaintiff filed a Notice of Settlement indicating that settlement has been reached in this case (Doc 6).  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 27, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

        This Court VACATES all pending dates and matters.

        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:    June 29, 2012                    _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE