IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BRINK,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERASSIST AR SOLUTIONS, INC., et al.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 12-0825 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 8.) |

　　　　Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

　　　　1.　　DISMISSES without prejudice this action in its entirety;

　　　　2.　　VACATES all pending matters and dates; and

　　　　3.　　DIRECTS the clerk to close this action.


　　　　IT IS SO ORDERED.

**Dated:　August 29, 2012**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE